374 A.2d 695

Arner, et al. v. Agway, Inc., Appellant, et al.

Argued April 12, 1977. Gerald W. Weaver, with him Bagley, Weaver & Sydor, for appellant; Alexander H. Lindsay, with him James G. Callas, for appellees.

589

Judgment affirmed.

VAN der VOORT, J., absent.